AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Southern _____ District of _____ New York _____

ANDREAS WEITBRECHT, Individually,
and as ASSIGNEE of the Claim of
BARBARA WEITBRECHT, also known
as BARBARA NEKVEDAVICIUS,         Plaintiff,

V.

B&H ASSOCIATES OF NY, LLC,
doing business as PRUDENTIAL
DOUGLAS ELLIMAN REAL ESTATE,
B&H OF THE HAMPTONS LLC,
doing business as PRUDENTIAL
DOUGLAS ELLIMAN REAL ESTATE,
DOROTHY HERMAN, and LYNDA IRELAND,
                        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 08 CIV. 1539

TO: (Name and address of Defendant)

B&H ASSOCIATES OF NY, LLC, doing business as PRUDENTIAL
DOUGLAS ELLIMAN REAL ESTATE, B&H OF THE HAMPTONS LLC, doing
business as PRUDENTIAL DOUGLAS ELLIMAN REAL ESTATE, DOROTHY
HERMAN, and LYNDA IRELAND
c/o Prudential Douglas Elliman Real Estate
575 Madison Avenue, 4th Floor
New York, NY 10022

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SCHNAUFER & METIS, LLP
280 N. Central Avenue, Suite 200
Hartsdale, NY 10530

an answer to the complaint which is served on you with this summons, within __thirty (30)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon

CLERK                    CLERK

FEB 1 4 2008

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  Date                    *Signature of Server*

                                     _____
                                     *Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  08 civ. 1539                                    Purchased/Filed: February 14, 2008

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT

---

Andreas Weitbrecht, Individually and as Assignee of the Claim of Barbara Weitbrecht, also known
as Barbara Nekvedavicius                                                          Plaintiff

against

B&H Associates of NY, LLC, doing business as Prudential Douglas Elliman Real Estate, et al        Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____Jessica Miller_____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____February 19, 2008_____ , at __2:00pm__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint with Jury Trial Demand

on

B & H Associates of NY, LLC                                    , the

Defendant in this action, by delivering to and leaving with _____Carol Vogt_____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of ____40____ dollars; That said service

was made pursuant to Section __303 Limited Liability Company Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: __43__    Approx. Wt: __118__    Approx. Ht: __5'__

Color of skin: __White__    Hair color: __Brown__    Sex: __F__    Other: _____

Sworn to before me on this

__25th__ day of _____February, 2008_____

_____
DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

_____
Jessica Miller

Invoice•Work Order # SP0801663

SERVICO. INC. -  PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  08 civ. 1539                                                Purchased/Filed: February 14, 2008

STATE OF NEW YORK          UNITED STATES DISTRICT COURT              SOUTHERN DISTRICT

_Andreas Weitbrecht, Individually and as Assignee of the Claim of Barbara Weitbrecht, also known_   Plaintiff
_as Barbara Nekvedavicius_

against

_B&H Associates of NY, LLC, doing business as Prudential Douglas Elliman Real Estate, et al_        Defendant

STATE OF NEW YORK          SS.:
COUNTY OF ALBANY

_____ Jessica Miller _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ February 19, 2008 _____ , at ___ 2:00pm ___ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint with Jury Trial Demand

on

_____ B & H of the Hamptons LLC _____ , the

Defendant in this action, by delivering to and leaving with _____ Carol Vogt _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, ___ 2 ___ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of ___ 40 ___ dollars; That said service

was made pursuant to Section ___ 303 Limited Liability Company Law ___ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: ___ 43 ___    Approx. Wt: ___ 118 ___    Approx. Ht: ___ 5' ___

Color of skin: ___ White ___    Hair color: ___ Brown ___    Sex: ___ F ___    Other: _____

Sworn to before me on this

___ 25th ___ day of _____ February, 2008 _____

_____                                      _____
DONNA M. TIDINGS                                                        Jessica Miller
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011               Invoice•Work Order # SP0801664

_SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179_

STATE OF NEW YORK                    COUNTY OF                    INDEX # :        08 CIV-1539
UNITED STATES DISTRICT COURT                                     Date Filed:    February 14, 2008
DISTRICT: SOUTHERN DISTRICT OF NEW YORK

ATTORNEY(S): :   PH:
       ADDRESS:  File No.: 1513

*Andreas Weitbrecht, individually and as assignee of the Claim of Barbara Weitbrecht, also known as Barbara Nekvedavicius*

                                                                           Plaintiff(s)/Petitioner(s)
                                           vs

*B&H Associates of NY, LLC, doing business as Prudential Douglas Elliman Real Estate B&H of the Hamptons LLC doing business as Prudential Douglas Elliman Real Estate Dorothy Herman and Lynda Ireland*

                                                                           Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:                        **AFFIDAVIT OF SERVICE**

_____ John Pluchino _____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years

of age and resides in New York State. On ____ February 27, 2008 ____ at ____ 2:19pm ____,

at _____ 575 Madison Avenue, ste. 406, New York, NY 10022 _____, deponent served the within

                     Summons in a Civil Action and Complaint

on: _____ **Dorothy Herman** _____, _____ **Defendant** _____ therein named.

#1 INDIVIDUAL     By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person
    ☐             therein.

#2 CORPORATION    By delivering thereat a true copy of each to_____ personally, deponent knew the person so served
    ☐             to be the _____ of the corporation, and authorized to accept service on behalf of the corporation.

#3 SUITABLE
   AGE PERSON     By delivering a true copy of each to_____ Cathleen Wright _____ a person of suitable age and discretion.
    ☒             Said premises is recipient's: [ x ] actual place of business    [  ] dwelling house (usual place of abode) within the state.

#4 AFFIXING       By affixing a true copy of each to the door of said premises, which is recipient's: [  ] actual place of business   [  ] dwelling house
   TO DOOR        (place of abode) within the state.
    ☐

                  Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
                  on the _____ day of _____ at _____
                  on the _____ day of _____ at _____
                  on the _____ day of _____ at _____
                  on the _____ day of _____ at _____
                  Address confirmed by _____

#5 MAIL COPY      On _____ February 28, 2008 _____, deponent completed service by depositing a true copy of each document to the above address
    ☒             in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care
                  and custody of the United States Post Office in the State of New York.

#6 DESCRIPTION    A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
    ☒             Sex:  Female     Color of skin:  White     Color of hair:  Red     Age:  36 - 50 Yrs.     Height:  5' 4" - 5' 8"
(use with #1, 2 or 3) Weight:  161 - 200 Lbs.     Other Features:

#7 WIT. FEES      the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARYSRVC   Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State
    ☒             of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 OTHER
    ☐

Sworn to before me on _____ March 3, 2008 _____

_____              _____
       PATRICIA ROTHFRITZ                              John Pluchino
    NOTARY PUBLIC, State of New York                  Server's Lic # 1218124
     01R06055503, Nassau County                   Invoice•Work Order # 0802298
    Term Expires February 26, 2011

*J&E Process Services, Inc.*

STATE OF NEW YORK                    COUNTY OF
UNITED STATES DISTRICT COURT
DISTRICT: SOUTHERN DISTRICT OF NEW YORK

INDEX # :    08 CIV-1539
Date Filed:    February 14, 2008

ATTORNEY(S): :  PH:
    ADDRESS: File No.: 1513

*Andreas Weitbrecht, individually and as assignee of the Claim of Barbara Weitbrecht, also known as Barbara Nekvedavicius*

Plaintiff(s)/Petitioner(s)

vs

*B&H Associates of NY, LLC, doing business as Prudential Douglas Elliman Real Estate B&H of the Hamptons LLC doing business as Prudential Douglas Elliman Real Estate Dorothy Herman and Lynda Ireland*

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:                    **AFFIDAVIT OF SERVICE**

_____ Victor Zeleny _____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ___ February 21, 2008 ___ at ___ 2:25pm ___,

at _____ 2488 Main Street, Bridgehampton, NY 11932 _____, deponent served the within

Summons in a Civil Action and Complaint

on: _____ **Lynda Ireland** _____, **Defendant** _____ therein named.

**#1 INDIVIDUAL**    By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person
☐    therein.

**#2 CORPORATION**   By delivering thereat a true copy of each to _____ personally, deponent knew the person so served
☐    to be the _____ of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON**
☒    By delivering a true copy of each to _____ Pat Troy _____ a person of suitable age and discretion.
   Said premises is recipient's: [ x ] actual place of business    [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR**
☐    By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business    [ ] dwelling house
   (place of abode) within the state.

   Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

| | | | |
|---|---|---|---|
| on the _____ | day of _____ | at _____ | |
| on the _____ | day of _____ | at _____ | |
| on the _____ | day of _____ | at _____ | |
| on the _____ | day of _____ | at _____ | |
| Address confirmed by _____ | | | |

**#5 MAIL COPY**
☒    On ___ February 25, 2008 ___, deponent completed service by depositing a true copy of each document to the above address
   in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care
   and custody of the United States Post Office in the State of New York.

**#6 DESCRIPTION**   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
☒    Sex: _Female_    Color of skin: _White_    Color of hair: _Blonde_    Age: _51 - 65 Yrs._    Height: _5' 4" - 5' 8"_
(use with #1, 2 or 3)   Weight: _Over 200 Lbs._    Other Features: _Glasses_

**#7 WIT. FEES**    the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARYSRVC**   Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State
☒    of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 OTHER**
☐

Sworn to before me on ___ February 25, 2008 ___

PATRICIA ROTHFRITZ
NOTARY PUBLIC, State of New York
01R06055503, Nassau County
Term Expires February 26, 2011

Victor Zeleny
Server's Lic # n/a

Invoice•Work Order # 0802296

*J&E PROCESS SERVICES, INC.*