UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREAS WEITBRECHT, individually, and as
Assignee of the Claim of BARBARA WEITHBRECHT,
also known as BARBARA NEKVEDAVICIUS,

Plaintiff,

-against-

B&H ASSOCIATES of N.Y. LLC, doing business as
PRUDENTIAL DOUGLAS ELLIMAN REAL ESTATE,
B&H OF THE HAMPTIONS LLC, doing business as
PRUDENTIAL DOUGLAS ELLIMAN REAL ESTATE,
DOROTHY HERMAN and LYNDA IRELAND,

Defendants.

**RULE 7.1 STATEMENT**

Case No. 08-Civ-01539
(RJS)

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges

and magistrate judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel for Defendant PRUDENTIAL DOUGLAS ELLIMAN REAL

ESTATE is a wholly-owned subsidiary of Douglas Elliman Realty, LLC f/k/a Montauk

Battery Realty, LLC, a privately-held limited liability corporation.  Vector Group, Ltd.

and Prudential Financial Inc. are publicly-traded companies which indirectly own more

than 10% of Douglas Elliman Realty, LLC's stock.

Dated:  March 13, 2008
        New York, New York

                                        CASCONE, COLE & COLLYER

                                        By: Michael S. Cole (MSC 0636)
                                        711 Third Avenue – 15th Floor
                                        New York, NY  10017
                                        Tel:  (212) 599-4747
                                        Attorneys for Defendants