Michael S. Cole (MSC 0636)
Cascone, Cole & Collyer
711 Third Avenue – 15th Floor
New York, NY 10017
Tel: (212) 599-4747
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREAS WEITBRECHT, individually, and as Assignee of the Claim of BARBARA WEITHBRECHT, also known as BARBARA NEKVEDAVICIUS,

Plaintiff,

-against-

B&H ASSOCIATES of N.Y. LLC, doing business as PRUDENTIAL DOUGLAS ELLIMAN REAL ESTATE, B&H OF THE HAMPTIONS LLC, doing business as PRUDENTIAL DOUGLAS ELLIMAN REAL ESTATE, DOROTHY HERMAN and LYNDA IRELAND,

Defendants.

**AFFIDAVIT OF SERVICE**

Case No. 08-Civ-01539 (RJS)

---

STATE OF NEW YORK   )
COUNTY OF NEW YORK  )  ss.:

JENNIFER Y. CHEN, being duly sworn deposes and says:

1. I am not a party to this action and I am over the age of 18.

2. On March 14, 2008, I served by mail the Answer for the defendants and the Rule 7.1 Disclosure Statement for the defendant Prudential Douglas Elliman Real Estate, by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to John C. Schnaufer, Esq., Schnaufer & Metis, LLP, Attorneys for Plaintiff, 280 North Central Avenue – Suite 200, Hartsdale, NY 10530.

Sworn to before me
this 14th day of March, 2008

_____
Notary Public

MICHAEL S. COLE
Notary Public, State of New York
No. 02006077364
Qualified in Nassau County
Commission Expires on July 8, 2010

_____
Jennifer Y. Chen