```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ANDREAS WEITBRECHT**
*individually and as assigne of the Claim of Barbara Weitbrecht, also known as Barbara Nekvedavicius,*
          **Plaintiff,**

-v-

**B&H ASSOCIATES OF NY, LLC**
*doing business as* **Prudential Douglas Elliman Real Estate, et al**
          **Defendants.**

Case No. 08-CV-01539 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

    The above-entitled action has been assigned to my docket. Accordingly, the parties are hereby ORDERED to appear for a status conference on **May 9, 2008 at 10:30am** in Courtroom **21C** of the United States District Court for the Southern District of New York, 500 Pearl Street, NYC.

    IT IS HEREBY ORDERED that, by **4pm on May 2**, the parties shall jointly submit a letter, not to exceed five (5) pages, providing, in separate paragraphs:

    (1)    A brief statement of the nature of the action and the principal defenses thereto;

    (2)    A brief description of all outstanding motions and/or outstanding requests to file motions;

    (3)    A list of all existing deadlines and any upcoming conferences that were previously scheduled;

    (4)    A brief description of any discovery remaining, specifying that which is necessary for the parties to engage in meaningful settlement negotiations;

    (5)    A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

    (6)    The estimated length of trial;

    (7)    Any other information that you believe may assist this Court in resolving this action.

    In addition, the parties are directed to complete the Case Management plan and Order that can be accessed from my Individual Rules on the SDNY website at **http://www1.nysd.uscourts.gov/judge_info.php?id=99** and submit it to the Court not later than **4pm on May 2**.

The status letter and the proposed Case Management plan submitted to the Court pursuant to this Order should be e-mailed directly to my case manager in chambers, at the following e mail address- **eileen_levine@nysd.uscourts.gov**. Do not file thru ECF. Please consult my Individual Rules with respect to communications with chambers and related matters.

**All counsel must take the necessary steps to insure that they are registered ECF users of the Southern District CM/ECF system.**

SO ORDERED.
DATED:
New York, New York  April 15, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE