UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREAS WEITBRECHT, individually, and as
Assignee of the Claim of BARBARA WEITHBRECHT,
also known as BARBARA NEKVEDAVICIUS,

                Plaintiff,

                -against-

B&H ASSOCIATES of N.Y. LLC, doing business as
PRUDENTIAL DOUGLAS ELLIMAN REAL ESTATE,
B&H OF THE HAMPTIONS LLC, doing business as
PRUDENTIAL DOUGLAS ELLIMAN REAL ESTATE,
DOROTHY HERMAN and LYNDA IRELAND,

                Defendants.

**NOTICE OF CHANGE OF ADDRESS**

Case No. 08-Civ-01539
(RJS)

---

**To:**    **Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information changes for MICHAEL S. COLE, ESQ.

☒    *Law Firm/Government Agency Association*

       From:  c/o Stanley H. Wallenstein    **[ECF mistakenly placed me at this firm.]**

       To:    CASCONE, COLE & COLLYER

       ☒    I will continue to be counsel of record on the above-entitled case at my "new" firm/agency.

☒    *Address:*    711 Third Avenue, Suite 1505, New York, NY 10017

Dated: May 13, 2008