UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08
```

ANDREAS WEITBRECHT,

       Plaintiff,

-v-

B&H ASSOCIATES OF NY, LLC ET AL.,

       Defendants.

No. 08 Civ. 01539 (RJS)

SCHEDULING ORDER

RICHARD J. SULLIVAN, District Judge:

  Upon receipt of Plaintiff's letter dated August 21, 2008, requesting an extension of certain deadlines in the Case Management Plan and Scheduling Order, the Court hereby ORDERS that:

  All fact discovery is to be completed no later than November 5, 2008.

  Depositions are to be completed by October 29, 2008.

  Requests to Admit are to be served no later than November 28, 2008.

  All discovery is to be completed no later than November 5, 2008.

  Pre-motion letters are due on November 7, 2008. Responses are due on November 13, 2008.

  The post-discovery status conference is scheduled for November 24, at 10:00 AM, in Courtroom 21C.

SO ORDERED.

Dated: August 25, 2008
   New York, New York

                  RICHARD J. SULLIVAN
                  UNITED STATES DISTRICT JUDGE